**FILED**
August 20, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>             )<br>        Plaintiff,  )<br>v.           )<br>             )<br>BART WAYNE VOLEN,      )<br>             )<br>        Defendant.       ) | Case No. 2:12-CR-00294-MCE-1<br><br>TEMPORARY<br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>BART WAYNE VOLEN</u>, Case No. <u>2:12-CR-00294-MCE-1</u>, Charge <u>Title 18 U.S.C. § 1349</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_   Release on Personal Recognizance

    ✔   Bail Posted in the Sum of $ <u>1,500,000</u>

        ✔   Co-Signed Unsecured Appearance Bond

        \_\_   Appearance Bond with 10% Deposit

        \_\_   Appearance Bond with Surety

        \_\_   Corporate Surety Bail Bond

        ✔   (Other)      <u>With pretrial supervision and conditions of release as stated on the record in open court. Dft to be released 8/21/12 at 8:30 am to Pretrial Services</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 20, 2012</u> at <u>4:00</u> pm.

By   <u>/s/ Dale A. Drozd</u>
Dale A. Drozd
United States Magistrate Judge