FILED
September 7, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BART WAYNE VOLEN, ) <br> ) <br> Defendant. ) | Case No. 2:12-CR-00294-MCE-1 <br><br> **AMENDED** <br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release BART WAYNE VOLEN, Case No. 2:12-CR-00294-MCE-1, Charge Title 18 U.S.C. § 1349, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

✔ Bail Posted in the Sum of $ 3.5 Million (secured and unsecured)

  ✔ Unsecured Appearance Bond   $800,000 signed by dft's son

  __ Appearance Bond with 10% Deposit

  ✔ Appearance Bond with Surety   $2.7 Million secured by Maui Property

  __ Corporate Surety Bail Bond

  ✔ (Other)   with existing pretrial release conditions, pretrial supervision, and additional conditions of release as stated on the record in open court on August 31, 2012.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 7, 2012  at  2:50  pm.

By  *Dale A. Drozd*
Dale A. Drozd
United States Magistrate Judge