BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR S 2:12-294 TLN-DAD |
|---|---|
| Plaintiff, | AMENDED STIPULATION AND ORDER |
| v. | |
| BART WAYNE VOLEN, | Court: Honorable Dale A. Drozd |
| Defendant. | |

**STIPULATION**

By previous order, this matter was set for a Discovery Motions Hearing on January 7, 2014 at 2:00 p.m. before the Honorable Dale A. Drozd. The parties hereby stipulate and agree to continue the Motions Hearing to March 10, 2014 at 2:00 p.m.

IT IS SO STIPULATED.

Dated: January 2, 2014                                BENJAMIN B. WAGNER
                                                                          United States Attorney

                                                                          /s/ MICHAEL M. BECKWITH
                                                                          MICHAEL M. BECKWITH
                                                                          Assistant United States Attorney

Dated: January 2, 2014    /s/ MATTHEW G. JACOBS
　　　　　　　　　　　　　　Matthew G. Jacobs
　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　Bart Wayne Volen

### [PROPOSED] ORDER

IT IS SO FOUND AND ORDERED this 2nd day of January, 2014

Dated: January 2, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
12cr0294.Volen.Amendedstipocont.docx