Cristina C. Arguedas (Cal Bar No. 87787)
Laurel Headley (Cal. Bar No. 152306)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:   (510) 845-3000
Facsimile:    (510) 845-3003

*Counsel for Bart Volen*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>BART VOLEN, et al.,<br><br>            Defendant. | Case No.  2:12-CR-294-TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE TO APRIL 30, 2015 |

On June 12, 2014 Defendant Bart Volen pleaded guilty to three counts of the superseding indictment in the above-referenced case: 18 U.S.C. § 1349 (Conspiracy to Commit Mail and Wire Fraud); 18 U.S.C. § 1956(h) (Conspiracy to Launder Monetary Instruments); and 26 U.S.C. § 7206(a) (Making and Subscribing to a False Tax Return).  A status conference to set Mr. Volen's sentencing hearing is scheduled for December 4, 2014.  In order that Mr. Volen may fulfill the obligations called for by his plea agreement, the parties request that Mr. Volen's case be continued to a date after

1

the conclusion of his co-defendants' trial, which is scheduled to begin on March 2, 2015.

Therefore, the parties stipulate that Mr. Volen's case be continued to April 30, 2015 at 9:30 a.m. for status conference re setting the sentencing hearing.

IT IS SO STIPULATED.

DATED: November 25, 2014          /s/ Michael Beckwith
                                  Assistant U.S. Attorney
                                  U.S. Attorney's Office

DATED:  November 25, 2014         /s/ Cristina C. Arguedas
                                  Arguedas, Cassman & Headley
                                  Attorneys for Defendant Bart Volen

## ORDER

For the reasons stated above, the Court finds there is good cause to continue the December 4, 2014 status conference regarding sentencing to April 30, 2015 at 9:30 a.m.

IT IS SO ORDERED.

DATED:  November 25, 2014

Troy L. Nunley
United States District Judge