Cristina C. Arguedas (Cal Bar No. 87787)
Laurel Headley (Cal. Bar No. 152306)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:   (510) 845-3000
Facsimile:    (510) 845-3003

*Counsel for Bart Volen*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>BART VOLEN,<br><br>         Defendant. | Case No.  2:12-CR-294-TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE TO APRIL 28, 2016 |

On June 12, 2014 Defendant Bart Volen pleaded guilty to three counts of the superseding indictment in the above-referenced case: 18 U.S.C. § 1349 (Conspiracy to Commit Mail and Wire Fraud); 18 U.S.C. § 1956(h) (Conspiracy to Launder Monetary Instruments); and 26 U.S.C. § 7206(a) (Making and Subscribing to a False Tax Return).  A status conference to set Mr. Volen's sentencing hearing is scheduled for April 30, 2015.

Mr. Volen's sentencing is trailing the trial of his co-defendants, Darrell Hintz and Gregory Baker, which is set for February 29, 2016  In order that Mr. Volen may fulfill

1

the obligations of his plea agreement, the parties request that Mr. Volen's case be continued to a date after the conclusion of his co-defendants' trial.

Therefore, the parties stipulate that Mr. Volen's case be continued to April 28, 2016 at 9:30 a.m. for status conference re setting the sentencing hearing.

**IT IS SO STIPULATED.**

DATED: March 13, 2015          /s/ Michael Beckwith
                               Assistant U.S. Attorney
                               U.S. Attorney's Office

DATED:  March 13, 2015         /s/ Laurel Headley
                               Arguedas, Cassman & Headley
                               Attorneys for Defendant Bart Volen

### ORDER

For the reasons stated above, the Court finds there is good cause to continue the April 30, 2015 status conference to April 28, 2016 at 9:30 a.m.

**IT IS SO ORDERED.**

DATED:  March 18, 2015

_____
Troy L. Nunley
United States District Judge