Cristina C. Arguedas (Cal Bar No. 87787)
    arguedas@achlaw.com
Laurel Headley (Cal. Bar No. 152306)
    headley@achlaw.com
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:   (510) 845-3000
Facsimile:    (510) 845-3003

*Counsel for Bart Volen*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:12-CR-294-TLN |
| Plaintiff, | STIPULATION AND ORDER SETTING BART VOLEN'S SENTENCING FOR AUGUST 4, 2016 |
| v. | |
| BART VOLEN, et al., | |
| Defendant. | |

On June 12, 2014 Defendant Bart Volen pleaded guilty to three counts of the superseding indictment in the above-referenced case: 18 U.S.C. § 1349 (Conspiracy to Commit Mail and Wire Fraud); 18 U.S.C. § 1956(h) (Conspiracy to Launder Monetary Instruments); and 26 U.S.C. § 7206(a) (Making and Subscribing to a False Tax Return).  A status conference to set Mr. Volen's sentencing hearing is scheduled for April 28, 2016.  The parties agree that Mr. Volen's case is ready to proceed to sentencing.

Accordingly, the parties stipulate that Mr. Volen's sentencing be set for August 4, 2016 at 9:30 a.m. and the April 28, 2016 status conference be vacated.

**IT IS SO STIPULATED.**

DATED: April 4, 2016        /s/ Michael Beckwith
                            Assistant U.S. Attorney
                            U.S. Attorney's Office

DATED:  April 4, 2016       /s/ Laurel Headley
                            Arguedas, Cassman & Headley
                            Attorneys for Defendant Bart Volen

### ORDER

For the reasons stated above, the Court finds there is good cause to vacate the April 28, 2016 status conference and set this matter for sentencing on August 4, 2016 at 9:30 a.m.

**IT IS SO ORDERED.**

DATED:  April 5, 2016

Troy L. Nunley
United States District Judge