Cristina C. Arguedas (Cal Bar No. 87787)
    arguedas@achlaw.com
Laurel Headley (Cal. Bar No. 152306)
    headley@achlaw.com
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:   (510) 845-3000
Facsimile:    (510) 845-3003

*Counsel for Bart Volen*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>BART VOLEN, et al.,<br><br>                Defendant. | Case No.  2:12-CR-294-TLN<br><br>STIPULATION AND ORDER CONTINUING BART VOLEN'S SENTENCING TO SEPTEMBER 15, 2016 |

      Defendant Bart Volen's sentencing is set for August 18, 2016.  Matters related to Mr. Volen's sentencing have arisen and the parties request additional time to investigate and meet and confer on these matters.  Assistant U.S. Attorney Michael Beckwith is expected to be in trial in another matter from August 22nd through August 30, 2016.  Therefore, the parties are requesting Mr. Volen's sentencing be continued to September 15, 2016.

Accordingly, the parties stipulate that Mr. Volen's sentencing be continued to September 15, 2016 at 9:30 A.M.

**IT IS SO STIPULATED.**

DATED: August 12, 2016           /s/ Michael Beckwith
                                                 Assistant U.S. Attorney
                                                 U.S. Attorney's Office

DATED:  August 12, 2016          /s/ Laurel Headley
                                                 Arguedas, Cassman & Headley
                                                 Attorneys for Defendant Bart Volen

## ORDER

For the reasons stated above, the Court finds there good cause to continue Defendant Bart Volen's sentencing from August 18, 2016 to September 15, 2016 at 9:30 a.m.

**IT IS SO ORDERED.**

DATED:  August 15, 2016

                                                Troy L. Nunley
                                                United States District Judge