PHILLIP A. TALBERT
Acting United States Attorney
JOHN K. VINCENT
MICHAEL M. BECKWITH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

FILED

AUG 1 6 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BART WAYNE VOLEN,<br><br>Defendant. | 2:12-CR-00294-TLN<br><br>ORDER RE: GOVERNMENT'S EX PARTE MOTION FOR REVOCATION OF RELEASE AND FOR ARREST WARRANT FOR BART VOLEN PURSUANT TO 18 U.S.C. § 3148(b)<br><br>(UNDER SEAL)<br><br>(PROPOSED) |

This matter is before the Court on the motion of the government to revoke defendant Volen's terms of pretrial release and to issue an arrest warrant. Upon considering the motion and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the motion is granted, and that the defendant be brought before the Court for hearing on whether his pretrial release should be revoked.

**IT IS SO ORDERED.**

DATED: August 16, 2016

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge