PHILLIP A. TALBERT
Acting United States Attorney
JOHN K. VINCENT
MICHAEL M. BECKWITH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

FILED

AUG 16 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-00294-TLN |
| Plaintiff, | ORDER SEALING GOVERNMENT'S EX PARTE MOTION FOR REVOCATION OF RELEASE AND FOR ARREST WARRANT FOR BART VOLEN AND SUPPORTING AFFIDAVIT |
| v. | |
| BART WAYNE VOLEN, | |
| Defendant. | (UNDER SEAL) |
| | [PROPOSED] |

Pursuant to Local Rule 141(b) and based on the representations contained in the Government's Motion to Seal, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the government's Ex Parte Motion for Revocation of Release and for Arrest Warrant for Bart Volen and the supporting affidavit, as well as the Notice of Motion to Seal, the Government's Motion to Seal, and this Sealing Order shall be SEALED until further order of this Court.

Dated: August 15, 2016

_____
HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge

1