

PHILLIP A. TALBERT
Acting United States Attorney
JOHN K. VINCENT
MICHAEL M. BECKWITH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BART WAYNE VOLEN,<br><br>Defendant. | 2:12-CR-00294-TLN<br><br>ORDER RE: GOVERNMENT'S REQUEST TO UNSEAL GOVERMNENT'S EX PARTE MOTION FOR REVOCATION OF RELEASE AND FOR ARREST WARRANT FOR BART VOLEN AND SUPPORTING AFFIDAVIT<br><br>(PROPOSED) |

Upon application of the United States, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the Government's Ex Part Motion for Revocation of Release and for Arrest Warrant for Bart Volen as well as the Supporting Affidavit in the above-captioned action be unsealed.

DATED: August 16, 2016

HON. EDMUND F. BRENNAN
United States Magistrate Judge