Cristina C. Arguedas (Cal Bar No. 87787)
    arguedas@achlaw.com
Laurel Headley (Cal. Bar No. 152306)
    headley@achlaw.com
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:   (510) 845-3000
Facsimile:    (510) 845-3003

*Counsel for Bart Volen*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>BART VOLEN, et al.,<br><br>                    Defendant. | Case No.  2:12-CR-294-TLN<br><br>STIPULATION AND ORDER CONTINUING BART VOLEN'S SENTENCING TO SEPTEMBER 29, 2016 |

Defendant Bart Volen's sentencing is set for September 15, 2016.  On August 16, 2016, the government motioned the Court under seal to issue an arrest warrant for Mr. Volen, based on an alleged violation of his pre-trial release.  (Dkt. 212).  The court granted the government's motion and issued a warrant for his arrest (Dkt. 213) and Mr. Volen was taken into custody in San Diego, where he lives.  On August 25, 2016, a removal order from the Southern District of California to the Eastern District of California was issued (Dkt. 219), but Mr. Volen has not yet been returned to this

district. The parties request Mr. Volen's sentencing be continued for two weeks to allow time for him to be brought to this district and to deal with matters related to his sentencing and representation, based on the new allegations.

Accordingly, the parties stipulate that Mr. Volen's sentencing be continued to September 29, 2016 at 9:30 A.M..

**IT IS SO STIPULATED.**

DATED: September 9, 2016          /s/ Michael Beckwith
                                  Assistant U.S. Attorney
                                  U.S. Attorney's Office

DATED: September 9, 2016          /s/ Laurel Headley
                                  Arguedas, Cassman & Headley
                                  Attorneys for Defendant Bart Volen

**ORDER**

For the reasons stated above, the Court finds there good cause to continue Defendant Bart Volen's sentencing from September 15, 2016 to September 29, 2016 at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: September 9, 2016

_____
Troy L. Nunley
United States District Judge