John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
Bart Wayne Volen

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BART WAYNE VOLEN,<br><br>　　　　Defendant. | No.  2:12-CR-0294-TLN<br><br>**ORDER FOR EXONERATION OF BOND**<br><br>Hon. Troy L. Nunley |

Defendant BART WAYNE VOLEN, through counsel, hereby applies for an order to exonerate the bond in this case.

On September 7, 2012, a $3,500,000 appearance bond was posted in the district court for Mr. Volen's release in this case, secured by a deed of trust on his property at 675 Kulike Road, Haiku, Maui, Hawaii and a $800,000 unsecured appearance bond signed by Mr. Volen's son, Joshua Volen.  Dkt. entries 41, 42.  On or about September 17, 2016, the defendant was ordered detained on the government's motion.  On September 29, 2016, the district court sentenced Mr. Volen to 102 months imprisonment.  He remains in custody awaiting transportation to prison.

As a result, Mr. Volen now requests an order exonerating the bond and reconveying his property back to him.

Dated:  October 4, 2016

/s/ John Balazs
John Balazs

Attorney for Defendant
Bart Wayne Volen

**ORDER**

IT IS SO ORDERED that the $3,500,000 appearance bond secured by a deed of trust on defendant Bart Wayne Volen's property at 675 Kulike Road, Haiku, Maui, Hawaii and a $800,000 unsecured bond signed by Joshua Volen are hereby exonerated.  The Clerk of the Court is directed to re-convey the 675 Kulike Road, Haiku, Maui, Hawaii property back to defendant Bart Wayne Volen.

Dated: October 5, 2016

Troy L. Nunley
United States District Judge