1

2

3

4

John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

5

Attorney for Defendant
Bart Wayne Volen

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

12

13

14

15

16

17

UNITED STATES OF AMERICA,

          Plaintiff,

     v.

BART WAYNE VOLEN,

          Defendant.

No.  2:12-CR-0294-TLN

*AMENDED* STIPULATION AND ORDER RE: RESTITUTION

Hon. Troy L. Nunley

18

19

    Defendant BART WAYNE VOLEN, through his attorney, and plaintiff UNITED STATES, through its attorneys, hereby stipulate and asks the Court to enter an order as follows:

20

21

22

23

24

25

    1.  As set forth in the presentence report, that the total restitution owed by defendant Bart Wayne Volen in this case is (a) $18,000,000 payable to the United Auburn Indian Community, jointly and severally with co-defendants Gregory Scott Baker and Darrell Patrick Hinz, and defendant Chris W. Eatough in Docket No. 2:13-CR-00214 and (b) $4,238,268 payable to the Internal Revenue Service.  The parties stipulate that these amounts are due immediately.

26

27

    2.  The parties further stipulate that the judgment and sentence for defendant Volen may be amended to order the restitution set forth above.

28

    3.  The parties also stipulate that except as necessary to timely complete his restitution

Stipulation and Order Re: Restitution          1

payment, the defendant Volen may not, without further order from this Court assign, dispose of, encumber, devalue, ill-treat, liquidate, sell, or transfer his property at 675 Kulike Road, Haiku, Maui, Hawaii.

4.  The parties also stipulate that interest is waived for restitution.

5.  The parties also stipulate that as a result of this stipulation, the Court shall vacate the restitution hearing set for October 13, 2016.

PHILLIP A. TALBERT
Acting U.S. Attorney

Dated:  10/11/16

By:        /s/ Michael Beckwith
MICHAEL BECKWITH
Assistant U.S. Attorney

Dated: 10/11/16

/s/ John Balazs
John Balazs
Attorney for Defendant
Bart Wayne Volen

## ORDER

IT IS SO ORDERED.

Dated: October 11, 2016

Troy L. Nunley
United States District Judge

Stipulation and Order Re: Restitution                                2