PHILLIP A. TALBERT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Phone: 916-554-2700

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>BART WAYNE VOLEN,<br><br>          Defendant/Judgment Debtor. | Case No. 2:12-CR-00294 TLN<br><br>**ORDER GRANTING APPLICATION FOR WRIT OF EXECUTION** |

Upon the United States of America's Application for Writ of Execution, the Court finds that the United States has satisfied the requirements for issuance of a writ of execution under 28 U.S.C. § 3203. Based on the application and good cause appearing,

IT IS ORDERED that the United States' Application for Writ of Execution for 675 Kulike Road, Haiku, Hawaii 96708 ("Subject Property") is GRANTED, and the form of Writ of Execution submitted with the Application is APPROVED in its entirety.

IT IS FURTHER ORDERED that the levy and sale of the Subject Property and personal property shall be conducted in accordance with 28 U.S.C. § 3203 and applicable provisions of the Federal Debt Collection Procedures Act, 28 U.S.C. §§ 3001 *et. seq.*

///

///

///

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 3013, the time for the United States Marshals Service to levy is hereby extended from 90 days to 150 days, and the USMS may contract with as many contractors or vendors as needed to seize, maintain, appraise, list, market, and sell the Subject Property and personal property in a commercially reasonable manner.

The Court FINDS that the Subject Property's value is likely to perish, waste, be destroyed, or otherwise substantially depreciate during the 90-day period beginning on the date of levy. 28 U.S.C. § 3203(g)(1)(A)(i)(II). Therefore, pursuant to 28 U.S.C. § 3013, IT IS HEREBY ORDERED that, to prevent waste and depreciation of the Subject Property, the Court authorizes the sale of the Subject Property and the personal property to close in less than 90 days, but no less than 30 days, from the date of levy.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. §§ 1651 and 3013, in aid of execution of the judgment, the Court has issued the Protective Restraining Notice to All Owners and Occupants of the Subject Property as set forth in the Writ of Execution.

The Clerk of Court is hereby ORDERED to issue the Writ of Execution and the Clerk's Notice of Exemptions and Hearing Request Form submitted with the Application.

IT IS SO ORDERED.

Dated: April 3, 2023

Troy L. Nunley
United States District Judge