John Balazs, Bar # 157287
Attorney at Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel:  (916) 447-9299
balazslaw@gmail.com
Sacramento, CA 95814

Attorney for Defendant
BART WAYNE VOLEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:12-CR-0294-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE** |
| v. | |
| Bart Wayne Volen, | Hon. Troy L. Nunley |
| Defendant. | |

Defendant Bart Wayne Volen, by and through his counsel John Balazs, and the United States, through by and through its counsel, Assistant U.S. Attorney Veronica Alegria, hereby stipulate and request that the Court modify the conditions of defendant's supervised release to permit him to travel to Japan with his fiancé for a period not exceeding three weeks with the prior approval of the probation officer.

On October 11, 2016, the Court sentenced Mr. Volen to a total of 102 months imprisonment and a three year term of supervised release.  Mr. Volen completed his sentence of imprisonment and was placed on supervised release on or about November 9, 2022.

Mr. Volen resides in San Diego and is being supervised by the U.S. Probation Department for the Southern District of California.  His fiancé's grandmother, who lives with family in Japan,

has cancer. Mr. Volen and his fiancé request to visit her and her other family in Japan in August 2024 for a period not exceeding three weeks with the prior approval of his probation officer.

Mr. Volen has advised supervising U.S. Probation Officer Lissa Williams of this request and she has no objection to this request. Assistant U.S. Attorney Veronica Alegria also does not object to this request.

**IT IS SO STIPULATED**.

Respectfully submitted,

Dated:  July 8, 2024 /s/ John Balazs
JOHN BALAZS

Attorney for Defendant
BART VOLEN

PHILLIP TALBERT
United States Attorney

Dated:  July 8, 2024

By:  /s/ Veronica Alegria
VERONICA ALEGRIA
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED that defendant Bart Wayne Volen's supervised release is modified to permit him to travel to Japan for a period not exceeding three weeks with the prior approval of the probation officer.

Date: July 10, 2024

Troy L. Nunley
United States District Judge

2